**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHERYL CUMMINGS, | : |
| Plaintiff, | : |
| | : No. 5:25-cv-4874 |
| v. | : |
| | : |
| CUSTOM WOODWORKING CABINETRY AND | : |
| DESIGN, LLC; FISHER COMPANIES, INC.; J. | : |
| HERBERT FISHER, JR.; CWCD HOLDINGS, | : |
| LLC, | : |
| Defendants. | : |

## **O R D E R**

**AND NOW**, this 30th day of March, 2026, for the reasons stated in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendants' Motion to Dismiss, ECF No. 8, is **GRANTED in part.**

2. Counts One, Two, and Three of the Complaint, ECF No. 1, are **DISMISSED without prejudice**.

3. Plaintiff shall have **twenty-one (21) days from the date of this Order** to file an amended complaint.

4. If Plaintiff fails to timely file an amended complaint, Counts One, Two, and Three will be dismissed with prejudice, Counts Four and Five will be dismissed without prejudice to Plaintiff's ability to refile in state court, and the case will be closed.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

1
033026