**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHERYL CUMMINGS, | : |
| Plaintiff, | : |
| | :   No. 5:25-cv-4874 |
| v. | : |
| | : |
| CUSTOM WOODWORKING CABINETRY AND | : |
| DESIGN, LLC; J. HERBERT FISHER, JR.; | : |
| CWCD HOLDINGS, LLC, | : |
| Defendants. | : |

## O R D E R

**AND NOW**, this 9th day of June, 2026, for the reasons stated in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendants' Motion to Dismiss, ECF No. 18, is **GRANTED in part and DENIED in part, as follows**:

    a. Count Two, the retaliation claim, is **DISMISSED with prejudice**.

    b. All allegations of retaliation in Cummings' Pennsylvania Human Relations Act (PHRA) claim in Count Three are **DISMISSED with prejudice**.

    c. All other dismissal requests are **DENIED**.

2. Defendants **SHALL** file an Answer to the Amended Complaint **within fourteen (14) days of the date of this Order**.

BY THE COURT:

/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.
United States District Judge